UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HOLLY MCGILL,

Plaintiff,

v.

ROKT CORP, et al.,

Defendants.

Case No. 26-cv-02212-TSH

**ORDER TO SHOW CAUSE**

On June 5, 2026, the Court extended the deadline for Plaintiff Holly McGill to serve Defendant ShopCanal, Inc. to July 9, 2026, warning that her claims against ShopCanal may be dismissed if proper service is not completed by this deadline. ECF No. 18. To date, there is no indication ShopCanal has been served.

Proper service of process is a prerequisite to the Court's exercise of personal jurisdiction over a defendant. Fed. R. Civ. P. 4(k). "'A federal court is without personal jurisdiction over a defendant unless the defendant has been served in accordance with Federal Rule of Civil Procedure 4.'" *Crowley v. Bannister*, 734 F.3d 967, 974–75 (9th Cir. 2013) (quoting *Travelers Cas. & Sur. Co. of Am. v. Brenneke*, 551 F.3d 1132, 1135 (9th Cir. 2009)). "[N]othing in the Federal Rules of Civil Procedure allows a judge to excuse service altogether. Actual notice to the defendant is insufficient; the plaintiff must comply with the directives of Rule 4." *McMasters v. United States*, 260 F.3d 814, 817–18 (7th Cir. 2001) (citation omitted). "If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m).

As the Court previously extended the service deadline, the Court **ORDERS** Plaintiff to show cause by September 3, 2026 why her claims against ShopCanal should not be dismissed for

United States District Court
Northern District of California

failure to serve within the time required by Rule 4(m). Plaintiff must file documentation, including a sworn declaration as necessary, demonstrating Plaintiff undertook the reasonable diligence required to serve ShopCanal. Notice is hereby provided that failure to file a written response will be deemed an admission that you do not intend to prosecute, and this case will likely be dismissed as to ShopCanal.

**IT IS SO ORDERED.**

Dated: August 21, 2026

THOMAS S. HIXSON
United States Magistrate Judge